UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 4:24-CV-6-D** |
| APOLLO FUNDS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** the court ADOPTS the conclusions in the M&R [D.E. 8] and DISMISSES WITH PREJUDICE plaintiff's complaint for failure to state a claim.

This Judgment filed and entered on March 26, 2024, and copies to:
Timothy Best          (via US Mail to 208 E Caswell Street, General Mail, Kinston, NC 28501)

March 26, 2024                                      Peter A. Moore, Jr.
                                                   Clerk of Court


                                                   By: /s/ Stephanie Mann
                                                   Deputy Clerk